IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

ANTHONY GRAY,

    Plaintiff,

v.

ENOCH GEORGE, et al.,

    Defendants.

Case No. 1:14-cv-00033
Judge Haynes

## ORDER

Following a status conference in this action on Monday, December 1, 2014, and based upon Defendant's representation that the Maury County Jail is now distributing cleaning materials to inmates and plans to create a garden for inmates to grow food, and with Plaintiff's agreement, this action is **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 1st day of December, 2014.

WILLIAM J. HAYNES, JR
United States District Judge